UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61630-WPD

RENZO BARBERI,

    Plaintiff,

vs.

THE JET SKI DOCTOR, INC., a Florida Profit
Corporation and HALF MOON BY THE SEA,
LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court on the January 24, 2023 Order Entering Judgment on the Pleadings in Favor of Plaintiff Renzo Barberi and Against Defendants The Jet Ski Doctor, Inc. and Half Moon by the Sea, LLC [DE 32] and the July 5, 2023 Joint Notice of Filing Proposed Final Judgment and the Final Judgment attached thereto. *See* [DE 40]. The Court is otherwise fully advised in the premises. The parties state that they have reached an agreement during proceedings before Magistrate Judge Patrick M. Hunt as to both the scope of injunctive relief and Plaintiff's request for attorney's fees and costs. *See id.*

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Defendants SHALL, by August 31, 2023, bring their place of business into compliance with the ADA and the 2012 ADA Standards for Accessible Design by remedying the following violations identified in the Plaintiff's Amended Complaint:

    a. The parking facility at the boat repair shop does not provide a compliant accessible parking space. 2012 ADA Standards 502.1.

b. The parking facility does not have the minimum number of accessible parking spaces required. 2012 ADA Standards 208.2.

c. The customer parking facility in front of the business has ten (10) marked standard spaces and zero (0) accessible parking spaces. 2012 ADA Standards 208.2.

d. The parking facility does not have the minimum number of compliant accessible parking spaces required. One (1) accessible parking space with adjacent access aisle is required. 2012 ADA Standards 208.2.

e. The parking facility does not provide directional and informational signage to a compliant accessible parking space. 2012 ADA Standards 216.5.

f. There is no compliant access aisle attached to an accessible route serving any existing parking space which would allow safe entrance or exit of vehicle for accessible persons requiring mobility devices. 2012 ADA Standards 502.2.

g. There is currently no existing accessible route to help persons with disabilities safely maneuver through the parking facilities. Accessible routes must connect parking spaces to accessible entrances. 2012 ADA Standards 502.3.

h. Existing facility does not provide a compliant accessible route to the main boat repair shop office from any site arrival point. 2012 ADA Standards 206.2, 208, 401.1.

i. The main repair shop office entrance is non-compliant. There is a vertical rise from the parking lot up to the main office door exceeding the maximum rise allowed. Changes in level of 1/4 inch high maximum are permitted to be vertical. 2012 ADA Standards 302.2.

j. There is an object (hose reel) extending out from the building on the latch side of the office door. An 18-inch clear space is required at this location. Maneuvering clearances

must extend the full width of the doorway and the required latch side or hinge side clearance. 2012 Standards 404.2.

k. The facility does not provide compliant directional and informational signage to an accessible route which would lead to an accessible entrance. 2012 ADA Standards 216.6.

Upon bringing the place of business into compliance, Defendants shall provide Plaintiff with photographic evidence of the modifications made to cure the violations identified above.

2. Plaintiff and Defendants have resolved Plaintiff's claim for attorney's fees and costs confidentially, with the terms thereof having already been provided to the Court. The terms will not be recited herein to preserve the confidential nature of the parties' settlement agreement.

3. The Court shall retain jurisdiction over the parties for purposes of compliance with this Final Judgment.

4. The Clerk shall **CLOSE THIS CASE** and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of July, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record